IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-00293-02-CR-W-HFS |
| | ) | |
| NOEL ZAVALA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE UNITED STATES FOR A
PRETRIAL DETENTION HEARING PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTION 3142(f)**

Comes now the United States of America, by David M. Ketchmark , Acting United States

Attorney, and the undersigned Rudolph R. Rhodes, Assistant United States Attorney, both for the

Western District of Missouri, and hereby moves the Court to detain defendant without bail pending

trial of this matter and to hold a hearing pursuant to Title 18, United States Code, Section 3142(f)

for the purpose of demonstrating that no condition or combination of conditions of release will

reasonably assure the defendant's appearance as required by the Court and the safety of other

persons and the community.

**SUPPORTING SUGGESTIONS**

I.  Subsection 3142(f), Title 18, United States Code, provides that a hearing must be held

by the appropriate judicial officer to determine whether any condition or combination of

conditions will reasonably assure the defendant's appearance and the safety of any other person in

the community if the attorney for the government moves for such a hearing and if the case is in any

one of the following categories:

A. The case involves a <u>crime</u> <u>of</u> <u>violence</u>, a term defined to include either:

    1. An offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another; or

    2. Any other offense that is a <u>felony</u> and by its nature involves a substantial risk that physical force against the person or property of another <u>may</u> be used in the course of its commission.

B. The case involves an offense where the maximum sentence is life imprisonment or death.

C. The case is a narcotics case under Title 21, United States Code, for which imprisonment for ten years or more is prescribed.

D. Any felony, even a nonviolent felony not involving drugs, if the person already has two or more convictions for a crime of violence, a crime punishable by life imprisonment, or a ten year drug felony.

II. The statute recognizes two additional situations which allow for a detention hearing and which can be raised either by the attorney for the government or by a judicial officer. These conditions are:

A. When there is a serious risk that the defendant will flee; or

B. When there is a serious risk that the person will "obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror."

III.   One or more grounds for a pretrial detention hearing as set forth by the statute exists

in the above cause.

Respectfully,

David M. Ketchmark
Special United States Attorney

By     */s/ Rudolph R. Rhodes, IV*

Rudolph R. Rhodes, IV
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand-delivered to the United States
Marshal with instructions to serve on defendant when taken into custody.

*/s/ Rudolph R. Rhodes, IV*

Rudolph R. Rhodes, IV
Assistant United States Attorney