# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

# KANSAS CITY DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,


vs.            Criminal Case No.  12-00293-02-CR-W-HFS


NOEL ZAVALA,

     Defendant.

          AUSA:  Rudolph Rhodes

          Defense:  John Jenab

| JUDGE: | **John T. Maughmer**<br>**U.S. Magistrate Judge** | DATE/TIME: | September 10, 2014<br>11:45am – 12:00pm |
|---|---|---|---|
| DEPUTY CLERK: | Kerry Martinez | FTR/REPORTER | K. Martinez |
| INTERPRETER: | None | PRETRIAL/PROBATION: | Stephanie Wiley |


## SUPERVISED RELEASE OR PROBATION REVOCATION HEARING


( x ) Supervised release/probationer waived preliminary hearing; probable cause established.

( x ) Supervised release/probationer ordered to appear before U.S. District Judge for final supervised release/probation revocation hearing.  Defendant returned to the custody of the U.S. Marshal.