# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>NOEL ZAVALA,<br><br>             Defendant. | Case No. 12-00293-02-CR-W-HFS |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States hereby moves the Court to revoke defendant's supervised release based on a Violation Report, dated September 5, 2014, for violating the following conditions of supervised release:

      **1.     Violation of Mandatory Condition, which reads, "The defendant shall not commit another federal, state or local crime."**

      **2.     Violation of Mandatory Condition, which reads, in part, "The defendant shall not possess a firearm . . .."**

These alleged violations of supervised release are set forth in the Violation Report, prepared by United States Probation Officer Katie J. Meister.

WHEREFORE, the United States moves the Court to set this matter for final supervised release revocation hearing in accordance with this motion.

                                            Respectfully submitted,

                                            Tammy Dickinson
                                            United States Attorney

                         By    /s/Rudolph R. Rhodes, IV

                                            Rudolph R. Rhodes IV
                                            Assistant United States Attorney
                                            Narcotics & Violent Crimes Unit
                                            Charles Evans Whittaker Courthouse
                                            400 East Ninth Street, Room 5510
                                            Kansas City, Missouri 64106
                                            Telephone: (816) 426-3122

rrr/sgs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on this 1st day of October, 2014, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                    John Jenab
                    Jenab Law Firm, P.A.
                    110 South Cherry Street, Suite 103
                    Olathe, Kansas 66061

                                            /s/Rudolph R. Rhodes, IV
                                            Rudolph R. Rhodes IV
                                            Assistant United States Attorney