# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                   Case No.: **12-00293-01-CR-W-HFS**

**NOEL ZAVALA**

                                                         USM Number: **24542-045**

                                                         John Jenab, CJA

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:** admitted guilt to violation of condition(s) of the term of supervision.  Mandatory and Standard

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | "The defendant shall not commit another federal, state of local crime." | **9/4/2014** |
| Mandatory Condition | "The defendant shall not possess a firearm....." | **9/4/2014** |
| Mandatory Condition | "The defendant shall refrain from any unlawful use of a controlled substance." | **8/27/2014** |
| Standard Condition | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | **8/27/2014** |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.                                        Date of Imposition of Sentence: 5/18/2015
Defendant's Date of Birth:
Defendant's U.S. Marshal No.:          24542-045

Defendant's Mailing Address:
c/o U. S. Marshal's Office, 400 East 9th Street
Kansas City, MO  64106

AO 245D (Rev. 9/08-2/10) Judgment in a Criminal Case for Revocations

Defendant's Residence Address:
Same

_____
HOWARD F. SACHS
SENIOR UNITED STATES DISTRICT JUDGE
May 26, 2015

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Months on Count 1 to run concurrent to the sentence in Case Number 14-00251-01-CR-W-HFS**.

The Court recommends to the Bureau of Prisons:

    That defendant be placed in the Camp in Leavenworth, Kansas. That defendant be allowed to participate in the 500-Hour Intensive Drug Treatment Program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal