UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Amended Revocation Minute Sheet for the Honorable Howard F. Sachs

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 12-00293-02-CR-W-HFS |
| vs. | Date: 5/18/2015 |
| NOEL ZAVALA | |

Plaintiff Counsel  Defendant Counsel
Rudolph Rhodes, IV  John Jenab
Time Commenced:_1:55 p.m._  Time Terminated:_2:35 p.m.__

---

__x__ Defendant stipulates to the violations of Conditions of Release.
__x__ There are NO objections to the Guideline Range.
_____ There are unresolved issues regarding the Guideline Range to be discussed with the Court:

_____
_____
_____
_____
_____

Type of Supervision: Supervised Release. Most Serious Grade Violation: _A__
Criminal History Category: _II_  Revocation Range _15_ to _21__ Months.

Motion to Revoke Supervised Release is _Granted__.

INCARCERATION:
__X__ The Court hereby orders the defendant to serve the following term of incarceration with the FBP _3_ Months on Count 1 to run consecutive to case number 14-00251-01-CR-W-HFS .
__X__ Defendant is hereby remanded to the custody of U.S. Marshal.
_____ Defendant is allowed to surrender on _____ at _____ a.m./p.m.

PROBATION:
_____ The Court hereby orders the defendant to serve the following term of Probation.
      _____ Years.

SUPERVISED RELEASE:
____ The Court hereby orders the defendant to the following term of Supervised Release.
      _____ Years.

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:
\_\_\_\_\_ The following special conditions of Supervised Release or Probation are:
_____
_____
_____
_____
_____
_____
_____

\_\_X\_ The Court hereby REVOKES the Defendant's Probation or Supervised Release for the following reasons:   Defendant admits to violations

FINE:
\_\_\_\_\_ The Court imposes the following fine:_____.
\_\_\_\_\_ Fine Waived.
\_\_\_\_\_ Count(s) fine applicable to:_____.

RESTITUTION:
\_\_\_\_\_ The Court imposes the following Restitution:_____.
\_\_\_\_\_ Not Applicable.
\_\_\_\_\_ Waived.

SPECIAL ASSESSMENT:
\_\_\_\_\_ The Court imposes the following Special Assessment:_____.

RECOMMENDATIONS:
\_\_X\_\_The Court makes the following recommendation: That defendant be placed in the Camp at Leavenworth, Kansas.  That defendant may participate in the Intensive 500-Hour Drug Treatment Program.

\_X\_\_   The Court advises the Defendant he/she has 14 days to appeal.


Court Reporter:  Katie Wirt                                             Kelly McIlvain, Courtroom Deputy